CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. Eleno Adolfo Molina; DOB: 1991; United States Michael Calleros Jr.; DOB: 1999; United States | DOCKET NO. MAGISTRATE'S CASE NO. 21-08668MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1 (Felony) On or about July 1, 2021, in the District of Arizona, **Eleno Adolfo Molina** and **Michael Calleros Jr.**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Arturo Chilel-Chilel, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

COUNT 2 (Felony) On or about July 1, 2021, in the District of Arizona, **Eleno Adolfo Molina** and **Michael Calleros Jr.**, knowing and in reckless disregard of the fact that certain illegal aliens, including Arturo Chilel-Chilel, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 1, 2021, Border Patrol Agents (BPAs) responded to a call for assistance from a Tohono O'odham Police Department (TOPD) Officer with a vehicle stop at mile marker 9 on Federal Route (FR) 15. When BPAs arrived on scene, the TOPD Officer informed BPAs that the vehicle, a 2012 Toyota Camry, was pulled over for a faulty taillight. The TOPD Officer approached the vehicle and talked with the driver, identified as **Eleno Adolfo MOLINA**, and the front passenger, identified as **Michael CALLEROS Jr**. The TOPD Officer also observed two individuals in the back seat dressed in all camouflage. TOPD Officer obtained identification cards from **MOLINA** and **CALLEROS** and returned to his vehicle to run records checks. As the TOPD Officer waited on the returns for the records checks, he witnessed the trunk open and two additional subjects, also dressed in camouflage, attempt to get out of the trunk. The TOPD Officer was able to quickly approach the vehicle and prevent the two individuals from absconding. BPAs on scene questioned the four subjects, to include dressed in camouflage, to include Arturo Chilel-Chilel, as to their citizenship and all four admitted to being in the United States illegally.

Records checks revealed that Arturo Chilel-Chilel does not have the proper immigration documentation to enter or remain in the U.S. legally. Chilel was previously removed from the U.S. on November 23, 2018.

After waiving his *Miranda* rights, **CALLEROS** stated that he and his brother, **MOLINA**, needed money to help his mother who is currently in the hospital to pay bills. **CALLEROS** stated a friend of his referred him to a human smuggling facilitator. **CALLEROS** stated the facilitator offered to pay him $4,000 if he picked up four undocumented non-citizens from Sells, Arizona and drove them to Phoenix, Arizona. **CALLEROS** stated that **MOLINA** drove to the Basha's grocery store in Sells and found four undocumented non-citizens there. **CALLEROS** stated that he had all four subjects enter the back seat of the vehicle. **CALLEROS** stated that two of the subjects wanted to get into the trunk and they did so by entering through the back-seat access area.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY: AUSA JAA/plA*cw* | SIGNATURE OF COMPLAINANT OFFICIAL TITLE Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE July 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54